No. 193, Misc.   SHOLTER v. CLAUDY, WARDEN.   Supreme Court of Pennsylvania, Eastern District.   Certiorari denied.

No. 197, Misc.   SKELLY v. RAGEN, WARDEN.   Supreme Court of Illinois.   Certiorari denied.

No. 200, Misc.   THOMAS v. CALIFORNIA.   District Court of Appeal of California, Second Appellate District. Certiorari denied.

No. 202, Misc.   BAYNE v. UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Earl H. Davis* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Murray* and *Beatrice Rosenberg* for the United States.

No. 157, Misc.   NEWMAN v. LOWERY ET AL.   Petition for writ of certiorari to the Supreme Court of Ohio denied for the reason that application therefor was not made within the time provided by law, 28 U. S. C. § 2101 (c).

No. 192, Misc.   CARENGELLA v. UNITED STATES.   Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied for the reason that application therefor was not made within the time provided by law.   Rule 37 (b) (2) of the Rules of Criminal Procedure.   *George F. Callaghan* and *George M. Crane* for petitioner.

No. 70.   ALGONQUIN GAS TRANSMISSION CO. ET AL. v. NORTHEASTERN GAS TRANSMISSION CO. ET AL., *ante,* p. 818.   Rehearing denied.   THE CHIEF JUSTICE took no part in the consideration or decision of this application.